# EXHIBIT C

Exhibit C

03. Raul 7910

4/3/2020 1:34 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42110237
By: Devanshi Patel
Filed: 4/3/2020 1:34 PM

Receipt Number: 862552
Tracking Number: 73739092

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202019568

PLAINTIFF: RIVERA, RAUL C.

vs.

DEFENDANT: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

In the 113th Judicial

District Court of

Harris County, Texas

CITATION

THE STATE OF TEXAS
County of Harris

TO: ALLSTATE INSURANCE AND PROPERTY INSURANCE COMPANY MAY BE SERVED BY SERVING ITS ATTORNEY FOR SERVICE CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900

DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on March 26, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 30, 2020.

Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: RHONDA MOMON

Issued at request of:
Downey, Michael A
3810 W. Alabama St.
Houston, TX 77027
713-714-0000

Bar Number: 24087445

Tracking Number: 73739092

CAUSE NUMBER: 202019568

| | |
|---|---|
| PLAINTIFF: RIVERA, RAUL C. | In the 113th |
| vs. | Judicial District Court |
| DEFENDANT: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____. M., on the _____ day of _____, 20____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20____.

**AFFIDAVIT ATTACHED**

FEE: $ _____

_____
_____ of _____
County, Texas
_____           By: _____
Affiant                                        Deputy

On this day _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20____.

_____
Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 2020-19568

RAUL C. RIVERA AND CARRIE S. RIVERA
VS.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ET AL

IN THE 113TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, __Guy C. Connelly__ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is __Guy C. Connelly__ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

   2701 W. 15th, Plano, TX 75075
   (SERVER'S ADDRESS)

2. ON __4/1/20__ (DATE) AT __10:00__ (A) M (TIME) CITATION, PLAINTIFF'S ORIGINAL PETITION EXHIBIT A, EXHIBIT B; EXHIBIT C came to hand for delivery to ALLSTATE INSURANCE AND PROPERTY INSURANCE COMPANY BY SERVING ITS ATTORNEY, CT CORPORATION SYSTEM.

3. ON __4/1/20__ (DATE) AT __10:10__ (A) M (TIME) - The above named documents were delivered to: ALLSTATE INSURANCE AND PROPERTY INSURANCE COMPANY BY SERVING ITS ATTORNEY, CT CORPORATION SYSTEM by delivering to

   __Kim Hightower__
   (NAME AND TITLE), authorized agent for service @

   1999 Bryan, Suite 900, Dallas, TX 75201
   (ADDRESS), by CORPORATE Service

   SIGNATURE
   PSC# 2201  EXPIRATION: 5/30/20

   Guy C. Connelly
   AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by __Guy C. Connelly__ appeared on this __1__ day of __APRIL__, 2020 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

Anna M. Connelly
My Commission Expires
03/13/2023
ID No. 126022935

2020.03.461790

Case 4:20-cv-01542 Document 1-3 Filed on 05/01/20 in TXSD Page 5 of 16

4/22/2020 1:42 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42479189
By: Wanda Chambers
Filed: 4/22/2020 1:42 PM

CAUSE NO. 2020-19568

| | |
|---|---|
| RAUL C. RIVERA AND CARRIE S. RIVERA, <br>    Plaintiffs, | IN THE DISTRICT COURT |
| v. | 113TH JUDICIAL DISTRICT |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND FEBRA TINSLEY, <br>    Defendants. | HARRIS COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND FEBRA TINSLEY, Defendants in the above styled and numbered cause of action, and in response to the complaints filed against them, would respectfully show unto this Honorable Court and Jury as follows:

**I.**

### GENERAL DENIAL

At this time, Defendants assert a general denial to Plaintiffs' Original Petition and all amended and/or supplemental petitions, as authorized by Rule 92, Texas Rules of Civil Procedure, and respectfully requests the Court and jury to require Plaintiffs to prove the claims, charges and allegations, by a preponderance of the evidence, as required by the Constitution and the laws of the State of Texas.

**II.**

### SPECIFIC DENIALS

Plaintiffs' claims are barred or limited, in whole or in part, by policy exclusions and/or limitations which are listed in the policy made the basis of this suit.

Rivera, et al. vs. Allstate, et al.
Defendants' Original Answer and Request for Disclosure
0545419277.1

Page **1** of **4**

Plaintiffs failed to comply with certain conditions precedent to the policy prior to filing this lawsuit.

Plaintiffs failed to allege conduct warranting imposition of exemplary or punitive damages under applicable state law.

Plaintiffs' claims are barred, in whole or in part, as the claimed damages were not caused by the alleged date of loss and/or alleged weather event, but by a preceding or subsequent loss, and Plaintiffs have not adequately segregated their damages.

Plaintiffs' claims are barred, in whole or in part, because the losses alleged by Plaintiffs were proximately caused in whole or in part by the fault, negligence, or failure to mitigate damages by Plaintiffs.

Defendants hereby give notice that it intends to rely upon such other defenses as may become available or apparent during the course of discovery and thus reserve the right to amend this answer.

**III.**

Pursuant to Texas Rules of Civil Procedure, Defendants request that Plaintiffs disclose within thirty days of service of this request, the information and material described in Rule 194.2(a) through (l).

If this case was filed as an Expedited Action under TRCP 47(c)(1) and/or TRCP 190.2, Defendants further request disclosure of any and all documents, electronic information, and tangible items that you have in your possession, custody or control and which may be used to support your claims or defenses.

**IV.**

Defendants formally request a jury trial pursuant to Rule 216 of the Texas Rules of Civil Procedure and tender the jury fee.

Rivera, et al. vs. Allstate, et al.
Defendants' Original Answer and Request for Disclosure
0545419277.1

Page **2** of **4**

## V.

## **DESIGNATED E-SERVICE EMAIL ADDRESS**

The following is the undersigned attorney's designation of electronic service email address for all electronically served documents and notices, filed and unfiled, pursuant to Tex.R.Civ.P. 21(f)(2) & 21(a). (HoustonLegal@allstate.com). This is the undersigned's ONLY electronic service email address, and service through any other email address will be considered invalid.

WHEREFORE, PREMISES CONSIDERED, Defendants, ALLSTATE VEHICLE AND PROPERTY INSURANCE AND FEBRA TINSLEY, pray that the Plaintiffs recover nothing of and from the Defendants by reason of this suit, that Defendants be discharged without delay, with costs of court, and for such other and further relief, both general and special, at law and in equity, to which Defendants may be justly entitled, and for which Defendants will in duty bound, forever pray.

Respectfully submitted,

SUSAN L. FLORENCE & ASSOCIATES

**KIMBERLY BLUM**
TBN: 24092148

811 Louisiana St Ste 2400
Houston, TX  77002-1401
HoustonLegal@allstate.com
(713) 336-2812
(877) 684-4165 (fax)

ATTORNEY FOR DEFENDANTS

Rivera, et al. vs. Allstate, et al.
Defendants' Original Answer and Request for Disclosure
0545419277.1

Page **3** of **4**

## **CERTIFICATE OF SERVICE**

Pursuant to Rules 21. and 21a. of the Texas Rules of Civil Procedure, I hereby certify that the original of Defendants' Original Answer has been filed with the clerk of the court in writing, and a true and correct copy of Defendants' Original Answer has been delivered to all interested parties on the 22nd day of April, 2020, to:

Michael A. Downey
State Bar No. 24087445
MOSTYN LAW
3810 West Alabama Street
Houston, Texas 77027
Telephone (713) 714-0000
Facsimile (713) 714-1111
MADDocketEfile@mostynlaw.com

ATTORNEY FOR PLAINTIFFS                              ***VIA E-SERVE***

**KIMBERLY BLUM**

Rivera, et al. vs. Allstate, et al.                                                                                                   Page **4** of **4**
Defendants' Original Answer and Request for Disclosure
0545419277.1

4/24/2020 10:06 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42528058
By: Devanshi Patel
Filed: 4/24/2020 10:06 AM

Tracking Number: 73739090

CAUSE NUMBER: 202019568

| | |
|---|---|
| PLAINTIFF: RIVERA, RAUL C. | In the 11th |
| vs. | Judicial District Court |
| DEFENDANT: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at **4:13pm** o'clock ___ M., on the **8** day of **APRIL**, 20**20**.
Executed at (address) _____
in **MOBILE** County _____
at **3:16pm** o'clock ___ on the **14** day of **APRIL**, 20**20**,
by delivering to **FEBRA TINSLEY** _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
**EXHIBIT A, B & C & PLAINTIFFS ORIGINAL** Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this **17** day of
**APRIL**, 20**20**.

FEE: $ _____

                                    **Special Process Server**
                                    _____
                                                of
County, ~~Texas~~ **MOBILE COUNTY, ALABAMA**     By: **LEE DELOACH/SPS**
_____                             ~~Deputy~~
Affiant

On this day, **LEE DELOACH**, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this **17** of
**April**, 20 **20**
                                            _____
                                                    Notary Public

ANTHONY M. HELFERICH
NOTARY PUBLIC, ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES MAR. 21, 2023

Receipt Number: 862552
Tracking Number: 73739090

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202019568

| | |
|---|---|
| PLAINTIFF: RIVERA, RAUL C. | In the 113th Judicial |
| vs. | District Court of |
| DEFENDANT: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: TINSLEY, FEBRA
9911 WHITEHURST DR APT 515
DALLAS TX 75243

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on March 26, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 30, 2020.

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: RHONDA MOMON

Issued at request of:
Downey, Michael A
3810 W. Alabama St.
Houston, TX 77027
713-714-0000

Bar Number: 24087445

Tracking Number: 73739090

CAUSE NUMBER: 202019568

| | |
|---|---|
| PLAINTIFF: RIVERA, RAUL C. | In the 113th |
| vs. | Judicial District Court |
| DEFENDANT: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____ M., on the _____ day of _____, 20____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20____.

FEE: $ _____                          _____
                                             _____ of _____
County, Texas
_____      By: _____
           Affiant                              Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20____

                                             _____
                                                       Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

Receipt Number: 862552
Tracking Number: 73739092

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202019568

| | |
|---|---|
| PLAINTIFF: RIVERA, RAUL C. | In the 113th Judicial |
| vs. | District Court of |
| DEFENDANT: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: ALLSTATE INSURANCE AND PROPERTY INSURANCE COMPANY MAY BE SERVED BY SERVING ITS ATTORNEY FOR SERVICE CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.
This instrument was filed on March 26, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 30, 2020.

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: RHONDA MOMON

Issued at request of:
Downey, Michael A
3810 W. Alabama St.
Houston, TX  77027
713-714-0000

Bar Number: 24087445

Tracking Number: 73739092

CAUSE NUMBER: 202019568

PLAINTIFF: RIVERA, RAUL C.                                   In the 113th

    vs.                                                          Judicial District Court

DEFENDANT: ALLSTATE VEHICLE AND PROPERTY          of Harris County, Texas
INSURANCE COMPANY

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M., on the _____ day of _____, 20____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____, by delivering to _____ defendant, in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the _____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____           _____
                             _____ of _____
County, Texas
_____        By: _____
       Affiant                                  Deputy

On this day_____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

                                      _____
                                      Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

4/3/2020 1:34 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42110237
By: Devanshi Patel
Filed: 4/3/2020 1:34 PM

Receipt Number: 862552
Tracking Number: 73739092

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202019568

| | |
|---|---|
| PLAINTIFF: RIVERA, RAUL C. | In the 113th Judicial |
| vs. | District Court of |
| DEFENDANT: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: ALLSTATE INSURANCE AND PROPERTY INSURANCE COMPANY MAY BE SERVED BY SERVING ITS
ATTORNEY FOR SERVICE CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.
This instrument was filed on March 26, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 30, 2020.

[Seal: District Court of Harris County]

*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: RHONDA MOMON

Issued at request of:
Downey, Michael A
3810 W. Alabama St.
Houston, TX  77027
713-714-0000

Bar Number: 24087445

Tracking Number: 73739092

CAUSE NUMBER: 202019568

PLAINTIFF: RIVERA, RAUL C.                          In the 113th

   vs.                                              Judicial District Court

DEFENDANT: ALLSTATE VEHICLE AND PROPERTY            of Harris County, Texas
INSURANCE COMPANY

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____. M., on the _____ day of _____, 20 ____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 ____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20 ____.

**AFFIDAVIT ATTACHED**

FEE: $ _____                _____
                                 _____ of _____
County, Texas
_____       By: _____
       Affiant                              Deputy

On this day _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 ____.

                                 _____
                                           Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

## CAUSE NO. 2020-19568

RAUL C. RIVERA AND CARRIE S. RIVERA
VS.

IN THE 113TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ET AL

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, **Guy C. Connelly** (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is **Guy C. Connelly** (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **2701 W. 15th, Plano, TX 75075**
(SERVER'S ADDRESS)

2. ON **4/1/20** (DATE) AT **10:00** (**A**) M (TIME) CITATION, PLAINTIFF'S ORIGINAL PETITION EXHIBIT A, EXHIBIT B; EXHIBIT C came to hand for delivery to ALLSTATE INSURANCE AND PROPERTY INSURANCE COMPANY BY SERVING ITS ATTORNEY, CT CORPORATION SYSTEM.

3. ON **4/1/20** (DATE) AT **10:10** (**A**) M (TIME) - The above named documents were delivered to: ALLSTATE INSURANCE AND PROPERTY INSURANCE COMPANY BY SERVING ITS ATTORNEY, CT CORPORATION SYSTEM by delivering to

**Kim Hightower** 
(NAME AND TITLE), authorized agent for service @ **1999 Bryan, Suite 900, Dallas, TX 75201**
(ADDRESS), by CORPORATE Service

SIGNATURE
PSC# **2201** EXPIRATION: **8/30/20**

Guy C. Connelly
AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by **Guy C. Connelly** appeared on this **1** day of **APRIL**, 2020 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

2020.03.461790

Anna M. Connelly
My Commission Expires
03/13/2023
ID No. 126022935

Unofficial Copy Office of Marilyn Burgess District Clerk